# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| K-Con, Inc. | ) ASBCA No. 62529 |
| | ) |
| Under Contract No. NAFIB9-18-F-0141 | ) |

APPEARANCE FOR THE APPELLANT:  William A. Scott, Esq.
    Pederson & Scott, P.C.
    Charleston, SC

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
    Army Chief Trial Attorney
    CPT Richard Hagner, JA
    MAJ Aaron McCartney, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 4, 2021

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62529, Appeal of K-Con, Inc., rendered in conformance with the Board's Charter.

Dated: March 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2